# United States Court of Appeals
## For the First Circuit

No. 99-2155

TOWN OF NORWOOD, MASSACHUSETTS,

Petitioner,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.
_____

NEW ENGLAND POWER COMPANY,

Intervenor.

ERRATA

At page 12, line 11, delete: "--by contrast to our case;" and add a semicolon after "clause".

Also on page 12, add the following full paragraph between the two existing full paragraphs:

By contrast, in our case there is no effort by anyone to charge or obtain a rate different than that on file with the Commission. And, as for duration, all of the contract terms being given effect by the FERC orders under review are on file with the Commission; the Norwood-New England Power contract amendment, filed with the Commission in 1989,

explicitly permitted Norwood to elect to extend the contract (which Norwood then did). Thus, the Commission, when it accepted the amendment for filing, knew that Norwood now had the option to extend the duration by specific increments. This is a situation very different from Arkla where, based on a "favored nations" clause containing no specific rate, the producer sought--over the Commission's expressed objection--to recover from the purchasing utility a rate for natural gas higher than the specific rate on file with the Commission.